**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Wiley Y. Daniel**

Civil Action No.   09-cv-02756-WYD-CBS

UNITED STATES OF AMERICA,

    Petitioner,

v.

BRUCE ANDREWS,

    Respondent.

---

## FINAL ENFORCEMENT ORDER

---

Having considered the United States' Petition to Enforce Internal Revenue Service Summons ("Petition"), filed November 24, 2009 [#1], and the accompanying exhibits, this Court finds as follows:

    1.    On August 6, 2009, the Internal Revenue Service issued a summons to Respondent Bruce Andrews ("Respondent").

    2.    The Internal Revenue Service summons was issued to Respondent for a legitimate purpose:  to obtain information concerning the determination of the federal income tax liability of Respondent for the calendar years of 2004, 2005, 2006, and 2007.

    3.    The above-listed tax periods were specified in the Internal Revenue Service summons served on Respondent.

    4.    The testimony, records, and documents demanded by the Internal Revenue Service summons are not in the possession of the Internal Revenue Service.

5.  The administrative steps required by the Internal Revenue Code for the issuance of the summons have been met.

6.  As indicated in the Affidavit of Service, filed January 25, 2010 [#5], Respondent was served on January 15, 2009 with:  (1) the Order to Show Cause issued by the Court on December 29, 2009; and (2) a copy of the Petition [#1] with exhibits.

7.  As of this date, Respondent has failed to comply with the IRS summons.

8.  Respondent has failed to show sufficient cause as to why he should not be ordered to comply with the Internal Revenue Service summons.

IT IS THEREFORE

ORDERED that Respondent shall comply with and obey the Internal Revenue Service summons served upon him by appearing at the Internal Revenue Service office at 10225 Westmoor Drive, Suite 200, Westminster, Colorado 80021 before Revenue Officer Bruce Madden, telephone number (720) 956-4731 (or other location to be agreed upon by the parties), at a time to be agreed upon by the parties, but not later than <u>Friday, March 26, 2010</u>, to give testimony and to produce for examination and copying the records, documents, and other data demanded by the Internal Revenue Service summons.  It is further

ORDERED that failure to comply with this Order may result in Respondent being found in contempt of Court, in which case he may be fined or imprisoned.  It is further

ORDERED that upon entry of this Order, this case shall be closed and Judgment shall be entered in favor of Petitioner United States of America.  It is further

ORDERED that a representative of the I.R.S. or other qualified person shall serve a copy of this order on the Respondent at his last known address.

Dated: February 18, 2010.

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge