IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 09-cv-02756-WYD-CBS

UNITED STATES OF AMERICA,

    Petitioner,

v.

BRUCE ANDREWS,

    Respondent.

---

## ORDER TO SHOW CAUSE

---

    The Court, having reviewed the Motion to Enforce Final Enforcement Order and Judgment filed by Petitioner United States of America, and finding good cause therein for the motion, hereby

    ORDERS that the United States' Motion to Enforce Final Enforcement Order, filed April 15, 2010 [#10] is **GRANTED**. It is

    FURTHER ORDERED that:

    That Respondent Bruce Andrews appear before the United States District Court for the District of Colorado in that branch thereof presided over by the Honorable Judge Wiley Y. Daniel in the United States Courthouse, 901 19th Street, Denver, Colorado on the **20th day of May, 2010, at 9:30 a.m., in Courtroom A1002**, to show cause why Respondent should not be held in civil contempt for failure to comply with the Final Enforcement Order entered by this Court on February 18, 2010 [#6].

    That if Respondent has any defenses to present or motions to make as to why he

should not be held in contempt of court for failure to comply with the Final Enforcement Order, such defenses or motions, if any, shall be made in writing and filed with the Court and copies served on the United States Attorney at least five (5) business days prior to the date of the show cause hearing.

Dated: April 16, 2010

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge